■ JULIUS RIVERA, JR., Respondent, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Appellant.—Order, Supreme Court, New York County (William J. Davis, J.), entered on or about July 18, 1991, unanimously affirmed for the reasons stated by Davis, J., with costs and with disbursements. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Kassal, JJ.

■ MICHELE SCHAPIRO, Respondent, v JOEL SCHAPIRO, Appellant.—Order, Supreme Court, New York County (David B. Saxe, J.), entered on June 4, 1992, unanimously affirmed for the reasons stated by Saxe, J., with costs and with disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Ross, Asch and Kassal, JJ.